heidi@heidi-erickson.us

< Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder... | Next >

Back to list
Headers
Inline Images ✓
Variable width font
Enable Scripts
Open in New Window
Enable Offsite Images*
change view

New Message
Inbox
Trash
Sent Items
Drafts
INBOX.Drafts
INBOX.Sent
INBOX.Trash
04-cv-10629 wuenschell
05-cv-10329 gtrial
05-cv-10335 plym
AOTC
bergeron
Bourne Vet
**Brisson** (99)
CHA Appeal
com
com w+5 lothrop st
comb 03cr3016
CPCS
freedman
Friends Pending
laptopmaltese
markey
mullen
rexelle
schlage
spam
Spam
Filestore...
Photos...
Pending...
Held...
Bulletins...
Manage Folders...

Calendar
Addresses
Search
Options
Log out
Help

**From:** heidi.erickson@heidi-erickson.us
(Add to address book) (Add to recent addresses) (Add to blacklist)
**Date:** 3/19/2010 2:44:48 pm
**To:** don@donbrisson.com
**Subject:** Motion 4 proper bill of Particulars
**Attachments:** Motion for a proper Bill of Particulars.doc (40k)  Mot Bill Particulars allowed 6.09.pdf (23k)

Don
Attached is a motion, that you could tweek for a proper bill of particulars.
and attach an affidavit + Markey's original Motion filed in May, allowed on 6/16/09 in 09-1704.

On the day of my arraignment (09-1094) I motioned for a Bill of Particulars that was never responded to by the Commonwealth.

If you would please tweek and send back prior to mailing out by April 3rd. That allows you a couple of weeks and therefore not to much distraction.

Thank you for your time, consideration and responses.
Yours kindly
heidi
ps later today or monday I should be forwarding the Commonwealth'
s response to Markey's motion for a bill and you will see that their response is non-responsive and reads more like a memorandum of the importance of the a Bill of Particulars then anything closely related to take, manner and means.

Motion_for_a_proper_Bill_of_Particulars.doc

Mot_Bill_Particulars_allowed_6.09.pdf

Save email to disk as a text file
Print email

< Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder... | Next >

heidi@heidi-erickson.us

| << | < Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder... | | Next > |

**New Message**

Inbox
Trash
Sent Items
Drafts
INBOX.Drafts
INBOX.Sent
INBOX.Trash
04-cv-10629 wuenschell
05-cv-10329 gtrial
05-cv-10335 plym
AOTC
bergeron
Bourne Vet
**Brisson** (99)
CHA Appeal
com
com w+S lothrop st
comb 03cr3016
CPCS
freedman
Friends Pending
laptopmaltese
markey
mullen
rexelle
schlage
spam
Spam
Filestore...
Photos...
Pending...
Held...
Bulletins...
Manage Folders...

Calendar
Addresses
Search
Options
Log out
Help

Urgent
Back to list
Headers
Inline Images ✓
Variable width font
Enable Scripts
Open in New Window
Enable Offsite Images*

change view

| From | heidi.erickson@heidi-erickson.us |
| --- | --- |
| | (Add to address book) (Add to recent addresses) (Add to blacklist) |
| Cc | wleahy@publiccounsel.net , cbeck@publiccounsel.net |
| Date | 4/9/2010 5:15:20 pm |
| To | "Donald Brisson" <don@donbrisson.com> |
| Subject | RE: Previous emails |
| Attachments: | Motion for a proper Bill of Particulars.doc (40k)  C v Eric Cs Bill of Particulars.pdf (314k) |

Dear mr. Brisson

I understand that the issue of the Bill of Particulars was given to you as a standout issue. That this issue meant a motion to compel or a motion for a proper bill as I sent you a month ago.

I only expected that there be something on for April 14th, 2010 and that included the bottleneck issue of the Motion to Compel a Proper Bill of Particulars. The other severally important issues that didnt creat such a bottleneck (1. Motion To Compel discovery, 2. getting my expert paid 3. Motion for PI funds and 4 Subpoeaneas and/or a combination of request for other discovry) and could wait.

I am extremely burdened by paying in excess of $40 to fill my gas tank each way to plymouth and back and since you did not secure my taking the public transportation I cannot afford to travel just to see us continued this case for another day. I would ask that you file something that continues this case until you are ready and not to appear to have it heard or anything else without me. I am always at all my case dates religiously.

I wrote you on April 5th, 2010 in order to get that draft of the motion I assumed you had worked on since March - you have been provided everything and should with your experience understand that the Commonweath's filed Bill of Particulars is not what it is filed to be, requiring at defense attorney to file a motion for a proper bill of particulars. The timing as you know requires you to provide adequate advance service on the DA

I think it is entirely unfair for you to have accepted my case and planned to do nothing before our next court date so to see me expend $80 that deprives me of sustaneances I cannot get from food stamps. This means that I cannot afford medicine and have to do without it. Some on my medicine is for pain and bleeding control. I cannot afford both medicine and to pay for transportation to Plymouth - to be there on April 14 2010 I must give up that former which is unfair, torturious and irreparably harmful to me, especailly when we will not be advancing my case on April 14 2010.

If we were advancing my case giving up necessities is wrought will a compromise, here your proposed doing nothing - is torture.

There is much to be done, I agree but doing nothing except to see me suffer is torture and unexceptable.

If you have lost the previous attachments as to the improper bill of particulars it is attached.

----- Original Message -----
From: "Donald Brisson" <don@donbrisson.com>
To: <heidi.erickson@heidi-erickson.us>
Cc: <cbeck@publiccounsel.net>
Subject: RE: Previous emails
Date: Fri, 9 Apr 2010 12:49:32 -0400

>Ms. Erickson,
>
>As you know, from my previous email to you, I have been on
>trial in the New Bedford Superior Court. I have previously
>informed you of my schedule and that the trial would start
>on April 5, 2010 and that I would not be able to respond to
>your requests until after that trial. I note that you sent
>me an email on April 5th, the day you knew my trial would
>start, and April 6th, 2010.
>
>My trial has ended. I am back in my office and working on
>cases. My schedule this month will be very busy. I am
>scheduled for trial on April 15, 2010 in the New Bedford
>District Court and again in the New Bedford Superior Court
>on April 26, 2010 on another life felony matter.
>
>Regarding your matter. I am still in the process of
>organizing your file. I had no idea, when I accepted this
>case, that a matter such as yours could possibly generate
>so many documents and so much information. In order for me
>to understand your case and make informed and intelligent
>decisions on your behalf I must first understand your case,
>what has happened in your case and where we need to go in
>your case. The first step in this process is to organize
>the information.
>
>Once I have organized the information I will review the
>Bill of Particulars prepared by the Commonwealth and
>discuss my opinion with you.
>
>It is likely that I will be seeking a further PTH in your
>matter. I understand that you have been going to court for
>some time now and that you would like to have this matter
>resolved as quickly as possible. I am trying to
>accommodate you in that regard. It is not my intention to
>prolong this matter any longer than necessary. However, I
>must be prepared to address the issues in this matter in
>order to provide you with the zealous representation you,
>and all defendants, are entitled to.
>
>If you are not satisfied with the pace in which I am
>proceeding you may ask the court to appoint you another
>attorney or you may, as is your right, represent yourself.
>
>It is my intention to provide you with the zealous
>representation that you are entitled to by law. However, I
>need time to organize, understand, and prepare your case in
>order to properly, and zealously, argue it.
>
>Don
>
>
>Donald A. Brisson
>Attorney at Law
>P.O. Box 8186
>17 South Sixth Street
>New Bedford, MA 02742-8186
>Tel.: 508-999-9694
>Cell: 774-644-0577
>
>http://www.donbrisson.com

>http://www.beirutstamp.com
>
>" Let them call me rebel and welcome, for I should suffer
>the miseries of devils if I make a whore of my soul."
>Thomas Paine
>
>CONFIDENTIALITY NOTICE:
>This E-MAIL Transmission and any documents accompanying it
>may contain CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED
>INFORMATION. The information is only for the use of the
>recipient addressee named above.
>
>If you have received this transmission in error, please
>notify us by email at don@donbrisson.com and DELETE and
>DESTROY any attachments .
>
>You are hereby notified that any disclosures, copying,
>distribution or the taking of any action in reliance on the
>contents of this transmission or any attachments hereto is
>strictly prohibited.
>
>
>
>
>
>
>
>-----Original Message-----
>From: heidi@heidi-erickson.us
>[heidi@heidi-erickson.us] On Behalf Of
>heidi.erickson@heidi-erickson.us Sent: Tuesday, April 06,
>2010 8:27 AM To: don@donbrisson.com
>Subject: response today Motion to Compel proper Bill of
>Particulars Importance: High
>
>Hello Atty Don Brisson
>I will need a response today, (I wrote yesterday requesting
>a response) and this is the second attempt. I would like
>to know where your draft Motion To Compel a Proper Bill of
>Particulars or something to that effect.
>
>As mentioned, time is of the essence as it is now April 6th
>, 2010 and the next court date of my case is scheduled for
>April 14th, 2010 and the Commonwealth must have this motion
>before in order to argue it on April 14th, 2010.
>
>I am growing deeply concerned that you are planning on
>doing nothing on April 14th, 2010 and that would be
>unexceptable - under the circumstances that I have live
>property that is being abused by the Commonwealth, having
>it illegally and that I have deep concerns that this case
>was being mismanaged, my defenses not developed and that
>because of these issues an intentional act to cause me harm
>as the two animals illegally held against my rights and the
>constitution I use as an accommodation to my disability
>without this accommodation I am harmed irreparably by an
>increase in seizure activity decreases intellectual
>functioning, harms brain tissue and this condition/situaion
>is inexcussable.
>
>Please respond today as to your intentions.
>Yours kindly
>Heidi K. Erickson
>617-319-4000 cellular
>617-507-0104 facsimile
>

Motion_for_a_proper_Bill_of_Particulars.doc

C_v_Eric_Cs_Bill_of_Particulars.pdf

**Save email to disk as a text file**
**Print email**

< Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder... | Next >