

# HOLLISTON ANIMAL HOSPITAL

## AFFIDAVIT

I, Rodney W. Poling, depose and say that:

1. I was hired by Attorney Christopher Markey as a consulting veterinarian, to examine eleven cats, housed at the Plymouth Animal Control facility and owned by Ms. Heidi Erickson, pursuant to a court order issued by Judge Minehan on April 3, 2009.

2. An invoice in the amount of $2,791.22 was submitted for payment in April 2009. This invoice remains unpaid at this time.

3. My office and Ms. Erickson's legal counsel have been in contact over this last year regarding this bill, its payment and nothing else. I have not been contacted by defense counsel on behalf of Ms. Erickson for interviews, trial preparation or for medical record review of the subject cats, originally examined by me in April 2009.

The above is true to the best of my information and belief and is signed under the pains and penalties of perjury on this date June 9, 2010.

_____
Rodney W. Poling, DVM

13 Exchange Street   Holliston, Massachusetts 01746   Tel: (508) 429-8899   Fax: (508) 893-6003   hollistonvetmed.com