

**HOLLISTON ANIMAL HOSPITAL**

April 25, 2009

To Whom It May Concern:

As a consulting veterinarian, I was hired by Attorney Christopher Markey to examine eleven cats, housed at the Plymouth Animal Control facility and owned by Ms. Heidi Erickson, pursuant to court order issue by Judge Minehan on April 3, 2009 (attached).

My arrangements pursuant to this court ordered, facilitated by Attorney Markey, included that I examine the cats as soon as possible. A scheduled visit was arranged and agreed by me for April 8, 2009 at 10:00 am. In order for me to perform this examination, I rescheduled my practice, hired a relief veterinarian, arranged a veterinary assistant to accompany me and packed my equipment, including a copy of the said order. While driving to the Plymouth facility, I received a call from my receptionist that Capt. McNamy of the Plymouth Police Department had canceled my visit. I was told I needed to reschedule due to the fact that no one was available to open the animal control facility.

The next visit was scheduled through Attorney Markey for Monday, April 13, 2009, at 2:30 pm. Once again, I rescheduled my practice and made necessary preparations for this visit. On Monday morning, April 13, 2009, my office manager received a call from the animal control officer requesting that I reschedule my examination for Wednesday, April 15, 2009.

On April 15, 2009 I arrived at the Plymouth Animal Control facility and attempted to examine the eleven cats. I was presented with ten cats and informed that one had died since my original visit. I requested to examine the deceased cat but was denied access to the body as it was evidence.

I also requested to video the kennel and cat holding area and but was denied as the officer called his superior who informed him that my request was not included in the court order.

Sincerely,

Rodney W. Poling, DVM

13 Exchange Street   Holliston, Massachusetts 01746   Tel: (508) 429-8899   Fax: (508) 893-6003   hollistonvet@aol.com