COMMONWEALTH OF MASSACHUSETTS
SUPREME JUDICIAL COURT

PLYMOUTH, ss.                                  No. 0959CV01704
                                               No. 0959CV01034

COMMONWEALTH

v.

HEIDI ERICKSON

### AFFIDAVIT KIM LEMAIRE

The Defendant in the above captioned case, Ms. Heidi Erickson has asked me to secure by affidavit the facts herein.

I have known Ms. Erickson and have helped Ms. Erickson with her cats for several years.

I also have assisted Ms. Erickson move into the residence where on March 17th, and March 18th, 2009 the Plymouth Police Department sought to take her cats.

I am familiar with the high quality of care Ms. Erickson has given her cats, their well being and that the charges against Ms. Erickson were instigated as a ruse to secure her eviction.

I have witnessed Ms. Erickson attempting to consult her attorney to secure my testimony in support of the fraudulent charges against her.

As of today I have not been contacted nor have I had any discussions with Ms. Erickson's defense attorney Donald Brisson, or anyone on Mr. Brisson's behalf.

By signature below I attest under the pains and penalties of perjury the above paragraphs true.

_[signature]_
Kim Lemaire, June 8, 2010