

heidi@heidi-erickson.us

| | | |
|---|---|---|
| **From** | "William Leahy" <wleahy@publiccounsel.net> | |
| | (Add to address book) (Add to recent addresses) (Add to blacklist) | |
| **Date** | 10/22/2009 11:50:02 am | |
| **To** | <heidi.erickson@heidi-erickson.us> | |
| **Subject** | RE: COMPROMISED representation = torture on a disabled client | |

Dear Ms. Erickson,

Please be advised that I have forwarded your e-mail correspondence and your voicemail messages to Carol Beck who is in the position to assist you in the resolution of your concerns about your assigned counsel. Please feel free to communicate with Attorney Beck about issues having to do with your CPCS legal representation.

Best wishes,

William J. Leahy
Chief Counsel
CPCS

-----Original Message-----
From: heidi@heidi-erickson.us [heidi@heidi-erickson.us] On Behalf Of heidi.erickson@heidi-erickson.us
Sent: Tuesday, October 20, 2009 9:59 AM
To: wleahy@publiccounsel.net
Subject: COMPROMISED representation = torture on a disabled client
Importance: High

Dear Mr. Leahy
It appears that after several attempts to file my concerns about the current deterioration and problems with your offices ability and inability to accommodate my disability and responsibilities that your offices normally perform in supervison of assigned representation your offices continue to ignore me is discrimination and torture. Yes, torture!.
I am known and have a disability and documents representing the fact that I use animals to accommodate a disability which at times can be life threatening, without such therapy tortous a fact of the consequences of the deprivation of this accommadation.

The fact that my assigned counsel has repeated told me excuses for his inability to communicate with me (my children's social activities) now my wife's mother is about to die and I am with her every day in the hospital are what I believe excuses to represent me in the optimal manner. (last week I was late, and called numerous time to explain that my auto's battery had died and I was awaiting an emergency charge start and then I called when I was on my way) I was late but my attorney failed to call me to convince the judge that I was around the corner parking when he issued the warrant. I walked into the court house has Chris Markey (counsel) was walking out and he went straight to the DA's office NOT THE JUDGE! The DA came back and insisted on a $35,000.00 bail! Chris came to speak to me and it appeared it was hard for him to stop laughing! I was sent to Framingham for the long weekend and until Chris could

verify my explaination! He didnt believe my explaination nor attempt to advocate for me until that time and that is ineffective and grossly inappropriate, Chris' excuses to include his personal life irresponsible and appears he cannot adequately perform his duties. NOW I FACE RETALIATION FOR THIS EMAIL - I BLAME YOU PERSONALLY FOR THIS CONDITION AS I HAVE TRIED, BEEN WAITING AND HEARING HIS EXCUSES FOR NOT COMMUNICATING WITH ME AND THEY ALL ARE OUTRAGGEOUS!

HE HAS MANUPULATED THE CONDITIONS AND APPEARS TO HAVE CONSPIRED WITH THE DA OFFICES (HIS FORMER EMPLOYER) BY REFUSING TO REPORT THE INFERENCES WITH MY EXPERT WITNESSES TO THE COURT AND THE DA'S FAILURE TO PRODUCE THE EVIDENCE THE EXPERT DEEMS NECESSARY AND HAS BEEN REQUESTED SINCE MAY/JUNE TO BE CONTINUOUS. (DAILY CARE LOGS ON MY ANIMALS).

HE HAS INFORMED ME THAT THE SJC (BOTH THE SINGLE JUSTICE AND THE FULL BENCH) FAILED TO NOTIFY HIM OF THE ASSEMBLY AND NOW REFUSES TO PROVIDE ME WITH AN AFFIDAVIT OF THIS FACT.

HE HAS REFUSED TO RESPOND TO EMAILS REQUESTING INFORMATION AS TO MISSING WITNESSES FOR THE SUPPRESSION HEARING AND MISSING EVIDENCE.

HOW LONG DO YOU PLAN TO CONTINUE THIS TORTURE?

I FEEL THAT IF YOU BRING THIS EMAIL TO ANYONE ELSE, AT THIS POINT, IT WILL ONLY BE RECIPROCATED WITH TORTURE, RETALIATION AND COMPROMISE MY DEFENSE.
I FEEL THAT YOU OWE ME A PERSONAL INQUIREY AND EXPLAINATION.
YOU CAN REACH ME AT 617-319-4000 MY CELL PHONE.

THANK YOU
HEIDI K. ERICKSON

**Save email to disk as a text file**

**Print email**

< Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder...        Next >