heidi@heidi-erickson.us

&lt;&lt;  &lt; Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder...    Next &gt;

**New Message**

**Inbox**
Trash
Sent Items
Drafts
INBOX.Drafts
INBOX.Sent
INBOX.Trash
04-cv-10629 wuenschell
05-cv-10329 gtrial
05-cv-10335 plym
Bourne Vet
CHA Appeal
com w+5 lothrop st
comb 03cr3016
**CPCS** (32)
freedman
Friends Pending
laptopmaltese
markey
mullen
rexelle
schlage
spam
Spam
Filestore...
Photos...
Pending...
Held...
Bulletins...
Manage Folders...

**Calendar**
**Addresses**
**Search**
**Options**
**Log out**
**Help**

Back to list
Headers
Inline Images
Variable width font
Enable Scripts
Open in New Window
Enable Offsite Images*
change view

**From**  "William Leahy" &lt;wleahy@publiccounsel.net&gt;

(Add to address book) (Add to recent addresses) (Add to blacklist)

**Date**  10/22/2009 11:50:02 am

**To**  &lt;heidi.erickson@heidi-erickson.us&gt;

**Subject**  RE: COMPROMISED representation = torture on a disabled client

Dear Ms. Erickson,

Please be advised that I have forwarded your e-mail correspondence and your voicemail messages to Carol Beck who is in the position to assist you in the resolution of your concerns about your assigned counsel. Please feel free to communicate with Attorney Beck about issues having to do with your CPCS legal representation.

Best wishes,

William J. Leahy
Chief Counsel
CPCS


-----Original Message-----
From: heidi@heidi-erickson.us [heidi@heidi-erickson.us] On Behalf Of
heidi.erickson@heidi-erickson.us
Sent: Tuesday, October 20, 2009 9:59 AM
To: wleahy@publiccounsel.net
Subject: COMPROMISED representation = torture on a disabled client
Importance: High

Dear Mr. Leahy
It appears that after several attempts to file my concerns
about the current deterioration and problems with your
offices ability and inability to accommodate my disability
and responsibilities that your offices normally perform in
supervison of assigned representation your offices continue
to ignore me is discrimination and torture. Yes, torture!.
I am known and have a disability and documents representing
the fact that I use animals to accommodate a disability
which at times can be life threatening, without such therapy
tortous a fact of the consequences of the deprivation of
this accommadation.

The fact that my assigned counsel has repeated told me
excuses for his inability to communicate with me (my
children's social activities) now my wife's mother is about
to die and I am with her every day in the hospital are what
I believe excuses to represent me in the optimal manner.
(last week I was late, and called numerous time to explain
that my auto's battery had died and I was awaiting an
emergency charge start and then I called when I was on my
way) I was late but my attorney failed to call me to
convince the judge that I was around the corner parking when
he issued the warrant. I walked into the court house has
Chris Markey (counsel) was walking out and he went straight
to the DA's office NOT THE JUDGE! The DA came back and
insisted on a $35,000.00 bail! Chris came to speak to me and
it appeared it was hard for him to stop laughing! I was sent
to Framingham for the long weekend and until Chris could

verify my explaination! He didnt believe my explaination nor attempt to advocate for me until that time and that is ineffective and grossly inappropriate, Chris' excuses to include his personal life irresponsible and appears he cannot adequately perform his duties. NOW I FACE RETALIATION FOR THIS EMAIL - I BLAME YOU PERSONALLY FOR THIS CONDITION AS 1 HAVE TRIED, BEEN WAITING AND HEARING HIS EXCUSES FOR NOT COMMUNICATING WITH ME AND THEY ALL ARE OUTRAGGEOUS!

HE HAS MANUPULATED THE CONDITIONS AND APPEARS TO HAVE CONSPIRED WITH THE DA OFFICES (HIS FORMER EMPLOYER) BY REFUSING TO REPORT THE INFERENCES WITH MY EXPERT WITNESSES TO THE COURT AND THE DA'S FAILURE TO PRODUCE THE EVIDENCE THE EXPERT DEEMS NECESSARY AND HAS BEEN REQUESTED SINCE MAY/JUNE TO BE CONTINUOUS. (DAILY CARE LOGS ON MY ANIMALS).

HE HAS INFORMED ME THAT THE SJC (BOTH THE SINGLE JUSTICE AND THE FULL BENCH) FAILED TO NOTIFY HIM OF THE ASSEMBLY AND NOW REFUSES TO PROVIDE ME WITH AN AFFIDAVIT OF THIS FACT.

HE HAS REFUSED TO RESPOND TO EMAILS REQUESTING INFORMATION AS TO MISSING WITNESSES FOR THE SUPPRESSION HEARING AND MISSING EVIDENCE.

HOW LONG DO YOU PLAN TO CONTINUE THIS TORTURE?

I FEEL THAT IF YOU BRING THIS EMAIL TO ANYONE ELSE, AT THIS POINT, IT WILL ONLY BE RECIPROCATED WITH TORTURE, RETALIATION AND COMPROMISE MY DEFENSE.
I FEEL THAT YOU OWE ME A PERSONAL INQUIREY AND EXPLAINATION.
YOU CAN REACH ME AT 617-319-4000 MY CELL PHONE.

THANK YOU
HEIDI K. ERICKSON

Save email to disk as a text file
Print email

< Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder...       Next >

heidi@heidi-erickson.us

New Message
Inbox
Trash
Sent Items
Drafts
INBOX.Drafts
INBOX.Sent
INBOX.Trash
04-cv-10629 wuenschell
05-cv-10329 gtrial
05-cv-10335 plym
Bourne Vet
CHA Appeal
com w+5 lothrop st
comb 03cr3016
CPCS (32)
freedman
Friends Pending
laptopmaltese
markey
mullen
rexelle
schlage
spam
Spam
Filestore...
Photos...
Pending...
Held...
Bulletins...
Manage Folders...
Calendar
Addresses
Search
Options
Log out
Help

< Prev  Reply  Forward  Delete  Reply All  Redirect  Move to folder...  Next >

Back to list
Headers
Inline Images ✓
Variable width font
Enable Scripts
Open in New Window
Enable Offsite Images*
change view

**From** "William Leahy" <wleahy@publiccounsel.net>

(Add to address book) (Add to recent addresses) (Add to blacklist)

**Date** 10/22/2009 11:50:02 am

**To** <heidi.erickson@heidi-erickson.us>

**Subject** RE: COMPROMISED representation = torture on a disabled client

Dear Ms. Erickson,

Please be advised that I have forwarded your e-mail correspondence and your voicemail messages to Carol Beck who is in the position to assist you in the resolution of your concerns about your assigned counsel. Please feel free to communicate with Attorney Beck about issues having to do with your CPCS legal representation.

Best wishes,

William J. Leahy
Chief Counsel
CPCS


-----Original Message-----
From: heidi@heidi-erickson.us [heidi@heidi-erickson.us] On Behalf Of heidi.erickson@heidi-erickson.us
Sent: Tuesday, October 20, 2009 9:59 AM
To: wleahy@publiccounsel.net
Subject: COMPROMISED representation = torture on a disabled client
Importance: High

Dear Mr. Leahy
It appears that after several attempts to file my concerns about the current deterioration and problems with your offices ability and inability to accommodate my disability and responsibilities that your offices normally perform in supervison of assigned representation your offices continue to ignore me is discrimination and torture. Yes, torture!.
I am known and have a disability and documents representing the fact that I use animals to accommodate a disability which at times can be life threatening, without such therapy tortous a fact of the consequences of the deprivation of this accommadation.

The fact that my assigned counsel has repeated told me excuses for his inability to communicate with me (my children's social activities) now my wife's mother is about to die and I am with her every day in the hospital are what I believe excuses to represent me in the optimal manner.
(last week I was late, and called numerous time to explain that my auto's battery had died and I was awaiting an emergency charge start and then I called when I was on my way) I was late but my attorney failed to call me to convince the judge that I was around the corner parking when he issued the warrant. I walked into the court house has Chris Markey (counsel) was walking out and he went straight to the DA's office NOT THE JUDGE! The DA came back and insisted on a $35,000.00 bail! Chris came to speak to me and it appeared it was hard for him to stop laughing! I was sent to Framingham for the long weekend and until Chris could

verify my explaination! He didnt believe my explaination nor attempt to advocate for me until that time and that is ineffective and grossly inappropriate, Chris' excuses to include his personal life irresponsible and appears he cannot adequately perform his duties. NOW I FACE RETALIATION FOR THIS EMAIL - I BLAME YOU PERSONALLY FOR THIS CONDITION AS I HAVE TRIED, BEEN WAITING AND HEARING HIS EXCUSES FOR NOT COMMUNICATING WITH ME AND THEY ALL ARE OUTRAGGEOUS!

HE HAS MANUPULATED THE CONDITIONS AND APPEARS TO HAVE CONSPIRED WITH THE DA OFFICES (HIS FORMER EMPLOYER) BY REFUSING TO REPORT THE INFERENCES WITH MY EXPERT WITNESSES TO THE COURT AND THE DA'S FAILURE TO PRODUCE THE EVIDENCE THE EXPERT DEEMS NECESSARY AND HAS BEEN REQUESTED SINCE MAY/JUNE TO BE CONTINUOUS. (DAILY CARE LOGS ON MY ANIMALS).

HE HAS INFORMED ME THAT THE SJC (BOTH THE SINGLE JUSTICE AND THE FULL BENCH) FAILED TO NOTIFY HIM OF THE ASSEMBLY AND NOW REFUSES TO PROVIDE ME WITH AN AFFIDAVIT OF THIS FACT.

HE HAS REFUSED TO RESPOND TO EMAILS REQUESTING INFORMATION AS TO MISSING WITNESSES FOR THE SUPPRESSION HEARING AND MISSING EVIDENCE.

HOW LONG DO YOU PLAN TO CONTINUE THIS TORTURE?

I FEEL THAT IF YOU BRING THIS EMAIL TO ANYONE ELSE, AT THIS POINT, IT WILL ONLY BE RECIPROCATED WITH TORTURE, RETALIATION AND COMPROMISE MY DEFENSE.
I FEEL THAT YOU OWE ME A PERSONAL INQUIREY AND EXPLAINATION. YOU CAN REACH ME AT 617-319-4000 MY CELL PHONE.

THANK YOU
HEIDI K. ERICKSON

**Save email to disk as a text file**

**Print email**

< Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder...        Next >

**heidi@heidi-erickson.us**

| | |
|---|---|
| From | heidi.erickson@heidi-erickson.us |
| Cc | wleahy@publiccounsel.net |
| Date | 2/22/2010 11:46:02 am |
| To | noleary@publiccounsel.net, cbeck@publiccounsel.net |
| Subject | Request for Reasonable Accommations |

Dear Ms. O'Leary

As you were made aware in our telephone conversation last week, Mr. Sean Noonan President of Pilgrim Advocates instructed that I reach you, as his organization is "not looking for a bar advocate for Ms. Erickson, Ms. O'Leary of CPCS is activily attempting to recruit". This statement from President Noonan was followed by his instructions to call you and he provided me your direct telephone number 617-998-8389. What is problemactic about our subsequent conversations apart from your hanging up on me and refusing to acknowledge the assignment Mr. Noonan claims is being undertaken by your offices is the fact that upon my questioning you who is the CPCS's ADA coordinator your response "I have no idea what you mean" is inadequete and then upon my describing what the ADA acronym stands for (Americans with Disabilities Act) and that I am a disabled member of the public and client of the CPCS requesting a reasonable accommodation you still claim you "have know idea".

It is very disturbing me to personally that you claimed that President of the Pilgrim Advocates, Sean Noonan a lier and that your agency has no provisions to comply to the ADA.

I request that your agency procure a bar advocate who is able to communicate with me, given my communcations disabilities and refraine from lying and/or appeasing my requests for defense advocasy which inherently is intended to deminish the attorney client relationship and agravate my disability.

Thank you for your time, consideration and response.
Yours
Heidi K. Erickson

I request that your agency provide me a mechanism to request a reasonable accommodation and provide me a reasonable accommodation. The reasonable accommdation I require and request would be to find a bar advocate who is able to communicate with a person who suffers from severe dyslexia and PTSD.

*heidi@heidi-erickson.us*

&lt; Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder... | Next &gt;

**New Message**
**Inbox**
Trash
Sent Items
Drafts
INBOX.Drafts
INBOX.Sent
INBOX.Trash
04 cv 10629 wuenschell
05-cv 10329 gtrial
05-cv 10335 plym
AOTC
bergeron
Bourne Vet
Brisson
CHA Appeal
com w+5 lothrop st
comb 03cr3016
CPCS
freedman
Friends Pending
laptopmaltese
markey
mullen
rexelle
schlage
spam
Spam
Filestore...
Photos...
Pending...
Held...
Bulletins .
Manage Folders...

**Calendar**
**Addresses**
**Search**
**Options**
**Log out**
**Help**

**From**    "EBILL" &lt;ebill@publiccounsel.net&gt;
            (Add to address book) (Add to recent addresses) (Add to blacklist)
**Cc**      "'Denise Torraco'" &lt;dtorraco@publiccounsel.net&gt;
**Date**    12/4/2009 3:44:30 pm
**To**      &lt;heidi.erickson@heidi-erickson.us&gt;
**Subject** RE: Dennis Baracco

Back to list
Headers
Inline Images ✓
Variable width font
Enable Scripts
Open in New Window
Enable Offsite Images*

change view

```
Has this voucher been submitted on E-Bill? Did you also send in a signed
copy of the voucher along with all of the proper documentation?

Nick Barlow
Billing

-----Original Message-----
From: heidi@heidi-erickson.us [heidi@heidi-erickson.us] On Behalf Of
heidi.erickson@heidi-erickson.us
Sent: Friday, December 04, 2009 2:37 PM
To: ebill@publiccounsel.net
Subject: Dennis Baracco
Importance: High

Hello Ms. Dennis Baracco
Tried returning your call, please make sure you or someone gets back to me
regarding this outstanding voucher - notice the date 4.22.09. The order is
also attached and all signatures are included.

I would like to hear from you regarding 1. why this has not processed and 2.
if Attorney Markey has sent this in before

in addition attorney Markey has an additional court order allowing an
additional $2700.00 allowed to be paid to Dr.
Poling.

Please inform by Monday pm 617-319-4000

Thank you
Yours
Heidi k. Erickson
```

Save email to disk as a text file
Print email

&lt; Prev | Reply | Forward | Delete | Reply All | Redirect | Move to folder... | Next &gt;

heidi@heidi-erickson.us

<<   < Prev | Reply | Forward | Delete | Reply All | Redirect | Resend | Move to folder...   Next >

**New Message**
Inbox
Trash
Sent Items (1000)
Drafts
INBOX Drafts
INBOX.Sent
INBOX Trash
04-cv-10629 wuenschell
05-cv-10329 gtrial
05-cv-10335 plym
AOTC
bergeron
Bourne Vet
Brisson
CHA Appeal
com w+5 lothrop st
comb 03cr3016
CPCS
freedman
Friends Pending
laptopmaltese
markey
mullen
rexelle
schlage
spam
Spam
Filestore
Photos
Pending
Held
Bulletins
Manage Folders..

Calendar
Addresses
Search
Options
Log out
Help

Urgent
Back to list
Headers
Inline Images ✓
Variable width font
Enable Scripts
Open in New Window
Enable Offsite Images*

change view

**From**   heidi.erickson@heidi-erickson.us
(Add to address book) (Add to recent addresses) (Add to blacklist)

**Date**   12/23/2009 5:49:28 pm

**To**   "William Leahy" <wleahy@publiccounsel.net>

**Subject**   with-holding payment to expert witness

Despite your forwarding my message and calls to Carol Beck
there is no action on my expert, Dr. Rodney Poling being
reimbursed
for outstanding services to my legal defense deteriment.
There is
Judges Orders allowing payment in a certain amount, there is
further
orders on additional funds including funds for Dr. Poling
and for one
of my cats who has died to be necrospied.

Neither is dr. poling being reimbursed, Mr. Markey
addressing this
issue or Carol Beck addressing and making sure the Dr.
Poling is
paid. but now I am informed by Armand Potenza, CFO that he
has orders
from Carol Beck to withhold payments to Dr. Poling!

Why are you withholding payments to an expert witness of
mine?

Furthermore, yest. Mr. Markey deposed a witness, who stated
she was moving to FL after she testified in support and in
fact any other attorney would have her
summoned from FL back to MA to testify, Mr. markey claimed
he did not secure a forwarding address when he was asked and
seemingly spoke to the witness.

Now either Mr. Markey is withholding the address and
informing me of an untruthful excuse to not disclose same or
he has failed to secure an address that would be valuable to
my defense to have acquired given the opportunity.

Upon trying to converse either of these things with mr.
markey he gave no reason or explaination for vhy Dr. POlings
funds are being withheld but infact states that its up to
dr. polings office to request same, a statement that dr.
polings offices refutes that they are being told some other
excuse by Mr. Markey.

I would like to know why your agency is profoundly depriving
me the protections of the constitution.

Yours
Heidi

Save email to disk as a text file
Print email

< Prev | Reply | Forward | Delete | Reply All | Redirect | Resend | Move to folder...   Next >