UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HEIDI K. ERICKSON                                                              PLAINTIFF

v.                                                         CIVIL ACTION NO: 3:10CV-373-H

COMMONWEALTH OF MASSACHUSETTS et al.                            DEFENDANTS

### ORDER

The plaintiff, Heidi K. Erickson, filed a *pro se* complaint alleging violations of her constitutional rights and the Americans with Disabilities Act, as well as the tort of emotional distress, suing a number of defendants, all of whom reside in Massachusetts. This Court found that proper venue for this complaint lies in the District Court for Massachusetts and transferred the instant action to the United States District Court for Massachusetts for all further proceedings. *See* 28 U.S.C. § 1406(a).

The plaintiff has now filed in this Court a "Motion for Relief from Judgment Pursuant to F.R.Civ.Proc. Rule 59(e)" (DN 7). Her primary argument for this Court to reconsider its transfer Order appears to be that the Massachusetts court has "enjoined" her from filing suit and dismisses her actions and that Massachusetts is the "wrong venue" because that jurisdiction is biased against her.

None of the plaintiff's arguments offers any support for a finding that venue would be appropriate in this Court. None of the defendants nor any of the alleged occurrences have any connection with the Western District of Kentucky and, in fact, the plaintiff herself resides in the Eastern District of Kentucky. Whether or not the Massachusetts district court has barred the plaintiff from future filings because of a history of meritless and vexatious litigation or whether the plaintiff considers that Court to be biased against her does not transform a Court such as this one with no ties

to the parties or events in question into a proper venue.

**IT IS ORDERED** that the plaintiff's motion to reconsider (DN 7) is **DENIED**.

Date: June 25, 2010

*[signature]*

John G. Heyburn II, Judge
United States District Court

cc:    Plaintiff, *pro se*
       Clerk, District Court for Massachusetts
4412.009

## Orders on Motions

3:10-cv-00373-JGH Erickson v. Commonwealth of Massachusetts et al **CASE CLOSED on 06/01/2010**

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 6/28/2010 at 10:47 AM EDT and filed on 6/28/2010
**Case Name:** Erickson v. Commonwealth of Massachusetts et al
**Case Number:** 3:10-cv-00373-JGH
**Filer:**
**WARNING: CASE CLOSED on 06/01/2010**
**Document Number:** 10

**Docket Text:**
**ORDER signed by Judge John G. Heyburn, II on 6/25/2010. For the reasons set forth, [7] Motion to Reconsider is DENIED. cc: Plaintiff, pro se; Clerk, District Court for Massachusetts (AEP)**


**3:10-cv-00373-JGH Notice has been electronically mailed to:**

Heidi K. Erickson  heidi@heidi-erickson.us

**3:10-cv-00373-JGH Notice will not be electronically mailed to.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=6/28/2010] [FileNumber=1422044-0
] [44a694727e5ad9314f52c725ba0b402f178148434227df4e37138769ab0bd5bafa1
b1f755f1b621e6ed6adf431e755dee7c47c11ec0f68b73bcd010d9c59989a]]

U.S. DISTRICT COURT CLERK
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210